AO 91?(REV.5/85) Criminal Complaint  SAUSA M. David Habich, (312) 829-8931

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

JUAN CHAVEZ

(Name and Address of Defendant)

**FILED**
J.N 5-29-08
MAY 29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MAGISTRATE JUDGE
GERALDINE SOAT BROWN

**CRIMINAL COMPLAINT**

CASE NUMBER:
**08CR 426**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __May 8, 2003__ in __Cook__ county, in the __Northern__ District of __Illinois__ defendant(s) did, (Track Statutory Language of Offense)

move and travel in interstate commerce to avoid prosecution for the Illinois felony of First Degree Murder

in violation of Title __18__ United States Code, Section(s) __1073__.

I further state that I am a(n) __FBI Special Agent__ and that this complaint is based on the following
                                    Official Title
facts:

**SEE ATTACHED AFFIDAVIT**

Continued on the attached sheet and made a part hereof: ■ Yes ___ No

_Signature_
Signature of Complainant
**P. Araya**
**Special Agent**
**Federal Bureau of Investigation**

Sworn to before me and subscribed in my presence,

May 29, 2008                                    at    Chicago, Illinois
Date                                                   City and State

Geraldine Soat Brown, United States Magistrate Judge          _Geraldine Soat Brown_
Name & Title of Judicial Officer                               Signature of Judicial Officer

**STATE OF ILLINOIS**    )
                         ) ss
**COUNTY OF COOK**       )

<u>A F F I D A V I T</u>

I, PABLO ARAYA, being duly sworn, depose and say:

1. I am employed as a Special Agent (SA) of the Federal Bureau of Investigation (FBI), Department of Justice, and have been so employed for thirteen years. I am currently assigned to the FBI Violent Crimes/Fugitive Squad, and am the Division's Fugitive Coordinator; as such am familiar with fugitive investigations. The information contained in this affidavit was furnished by Detective J. CAMPBELL of the Chicago Police Department (CPD), Cold Case Unit, unless otherwise indicated.

2. On May 8, 2003, the body of CHRISTINE CAPONIGRO was discovered in an abandoned vehicle. An autopsy revealed that she had been sexually assaulted and strangled. Two individuals who were drinking nearby were questioned by the CPD. One of the individuals, JUAN CHAVEZ, admitted to finding the body and calling 911. A DNA sample was taken from CHAVEZ at the time, and logged as evidence. CHAVEZ was released without charging.

3. Attempts to locate and further interview CHAVEZ were negative. Associates of CHAVEZ were interviewed and stated that he had left for Nebraska or Iowa. The case remained open, but no new leads were generated. The case was eventually transferred to the CPD Cold Case Unit.

3. In August, 2007, the Illinois State Police Forensic Science Center determined that the DNA recovered from the victim and that of CHAVEZ were a match.

4. In September, 2007, CPD detectives learned that CHAVEZ had been arrested in Sioux City, Iowa in December, 2003 and subsequently deported to Mexico. At the time of his arrest, CHAVEZ was using an alias of JOSE SOTO.

5. On 03/25/2008, the Circuit Court of Cook County, Illinois, issued a warrant for the arrest of CHAVEZ after he was charged with one count of first degree murder, a felony. A copy of the arrest warrant is attached to this affidavit.

6. Based upon the information contained in this affidavit, I believe JUAN CHAVEZ fled the State of Illinois to avoid prosecution for first degree murder.

7. The Cook County State's Attorney's Office will extradite CHAVEZ when he is apprehended.

P. ARAYA
Special Agent
Federal Bureau of Investigation

Subscribed and Sworn to before me this 29th day of May, 2008

Geraldine Soat Brown
United States Magistrate Judge

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS
vs
JUAN CHAVEZ

CASE NO. 08110313901  W001
WARRANT TYPE ( ARR )

## DUPLICATE COPY - ARREST WARRANT

The people of the State of Illinois to all peace officers in the State - Greetings:

We command you to arrest (Defendant) JUAN CHAVEZ   for the offense of
(Description) FIRST DEGREE MURDER
(Chapter) 720    (Section) 5/9-1(A)(1)
stated in a charge now pending before this court and that you bring him/her instanter before the Circuit Court of Cook County at (Location) BRANCH 66 BRANCH (66)   (Room) 101
2600 S. CALIFORNIA
CHICAGO, IL 60608
at 9:00 A.M. or if I am absent or unable to act, the nearest or most accessible court in Cook County or, if this warrant is executed in a county other than Cook, before the nearest or most accessible judge in the county where the arrest is made.

GEOGRAPHIC LIMITATIONS

Issued in Cook County 03/25/2008
Bail fixed at $ -- NO BAIL --

Unless otherwise indicated below the geographic limitations are those as specified in 725 ILCS 5/107-9(e).

Judge   ISRAEL A. DESIERTO   Code 1903

_____
(Geographic Limitations)

_____
Prosecutor

Judge   ISRAEL A. DESIERTO   Code 1903

Witness: Clerk of the Court and seal thereof, 03/25/2008

Clerk of the Circuit Court _____   By Deputy Clerk _____

Name   JUAN CHAVEZ
Alias
Residence  2216 W LUNT        City CHICAGO       State IL   Zip 00000

| Sex | Race | Height | Weight | D.O.B. | Age | Complxn | Build | Drivers License |
|---|---|---|---|---|---|---|---|---|
| M | WHTHIS | 5' 5" | 200 lbs | 05/07/1978 | 29 | MEDIUM | MEDIUM | |

IR 001347011  |CB/DCN      |FBI 909501CC4  |SID 00000000000  |SSN 000000000  |BOND NO 000000000

Complainant's Name  DET T JOHNSON #20820
Address                                    City              State    Zip
Arresting Officer                          Star No 00000
Agency/Unit  CPD-GENRL

Reviewed By: _____           Audited By: _____
              Prosecutor                                Clerk

Prepared by: ANDREA MCNAMARA    Printed:  03/25/2008 14:10:14    System:  WAPJ.CC00.K076.MCNAMA1

CLERK OF THE CIRCUIT COURT OF COOK COUNTY