UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 08 CR 426 |
| v. ) | |
| ) | Chief Judge Rebecca R. Pallmeyer |
| JUAN CHAVEZ ) | |

## STATUS REPORT

Now comes the UNITED STATES OF AMERICA by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, in response to the courts order of June 10, 2022, directing the government to file a written status in the case. The Defendant has not been arrested and remains a fugitive. The government has no objection to the case being moved to the fugitive docket.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: /s/ Matthew F. Madden
Date: June 23, 2022    MATTHEW F. MADDEN
Assistant United States Attorney
312-886-2050

1